UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER GLENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:15-cv-01214-SEB-DKL |
| | ) |
| WOLTERS KLUWER CLINICAL | ) |
| DRUG INFORMATION, INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR APPROVAL OF CONFIDENTIAL
SETTLEMENT AGREEMENT AND GENERAL RELEASE**

Plaintiff Christopher Glenn and Defendant Wolters Kluwer Clinical Drug Information, Inc., by counsel, jointly move the Court for the entry of an Order approving the settlement reached by the Parties in this case and dismissing the case with prejudice. In support of their motion, the parties state as follows:

1. Plaintiff filed this action on August 3, 2015 alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq ("FLSA"). Defendant denies the allegations in Plaintiff's Complaint and denies any wrongdoing or liability in connection with the payment of wages or hours worked.

2. The parties have entered into a Confidential Settlement Agreement and General Release ("Settlement Agreement") that provides for monetary payments to Plaintiff and his counsel and resolves all claims raised in this matter. The parties have agreed that the terms of the Settlement Agreement are to be kept confidential.

1

3. Settlements of FLSA claims must be approved by a Court of competent jurisdiction.  See, e.g., Walton v. United Consumers Club, Inc., 786 F.2d 303, 306 (7th Cir. 1986) citing Lynn's Food Stores, Inc. v. Department of Labor, 679 F.2d 1350, 1352-53 (11th Cir. 1982); Ladegaard v. Hard Rock Concrete Cutters, Inc., 2001 WL 1403007 at *6 (N.D. Ill. 2001).

4. On June 1, 2016, the Court entered an Order granting the parties' Joint Motion for Leave to File Fully-Executed Confidential Settlement Agreement and General Release Under Seal, thereby authorizing the parties to file the Settlement Agreement under seal in conjunction with the instant Motion.  Pursuant to said Order, the Settlement Agreement has been attached hereto under seal as "Exhibit A."

5. As outlined in Exhibit A, the settlement is allocated into three parts: (1) alleged unpaid overtime compensation; (2) alleged liquidated damages; and (3) attorney's fees and costs. The first two allocations are in equal proportion with the third consisting of the remainder of the settlement figure.

6. The Settlement Agreement entered into by the parties is a fair and reasonable settlement of Plaintiff's claims for allegedly unpaid overtime compensation, liquidated damages, and attorney's fees and costs.

7. The Settlement Agreement is the culmination of arm's length negotiations between the parties, through their respective counsel, to resolve this matter.  The eventual settlement figure agreed upon by the parties bears a reasonable and fair relationship to the amounts alleged by Plaintiff in this matter, and also takes into consideration the inevitable risks of litigation and the defenses raised by Defendant.

8. Plaintiff authorized each stage of negotiations and has executed the Settlement

Agreement because he believes it is fair and reasonable as it represents approximately 50% of the total amount of his claim for unpaid overtime wages, liquidated damages, and attorney's fees and costs.  Likewise, Defendant authorized each stage of the negotiations and has executed the Settlement Agreement as it believes it to be a fair and reasonable compromise of a *bona fide* dispute between the parties.

    WHEREFORE, the parties respectfully request that the Court enter the attached order granting this Joint Motion for Approval of Confidential Settlement Agreement and General Release and dismissing the case with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

s/ Andrew G. Jones
Andrew G. Jones
LAW OFFICE OF ANDREW G. JONES
ajones@andrewgjoneslaw.com

Attorney for Plaintiff

s/ Libby Y. Goodknight
Libby Y. Goodknight
KRIEG DeVAULT LLP
lgoodknight@kdlegal.com

Michael L. Sullivan
Amanda G. Penabad
Goldberg Kohn Ltd.
michael.sullivan@goldbergkohn.com
amanda.penabad@goldbergkohn.com

Attorneys for Defendant