UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHRISTOPHER GLENN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:15-cv-01214-SEB-DKL |
| | ) |
| WOLTERS KLUWER CLINICAL | ) |
| DRUG INFORMATION, INC., | ) |
| | ) |
| Defendant. | |

ORDER APPROVING CONFIDENTIAL SETTLEMENT
AGREEMENT AND GENERAL RELEASE
AND DISMISSING CASE WITH PREJUDICE

This case is before the Court on the parties' Joint Motion for Approval of Confidential Settlement Agreement and General Release. The Court has carefully considered the Motion and the parties' Confidential Settlement Agreement and General Release, which was submitted with the Motion under seal. The Court finds the parties' Confidential Settlement Agreement and General Release represents a fair and reasonable resolution of Plaintiff's claims for allegedly unpaid overtime compensation, liquidated damages, and attorney's fees and costs. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that: (1) the parties' Confidential Settlement Agreement and General Release is approved and shall remain under seal; and (2) this case is dismissed, with prejudice, each party to bear its own costs and attorney's fees.

DATE: 6/17/2016

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution: All ECf counsel of record